IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROLAND RAMSEY,

       Petitioner,

v.                              CASE NO. 5:10cv9-SPM/EMT

EDWIN G. BUSS,

       Respondent.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 25) dated April 22, 2011.  Petitioner was given an opportunity to file objections.  No objections have been filed.  I have determined that the Report and Recommendation should be adopted.  Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Magistrate Judge's Report and Recommendation (doc. 25) is ADOPTED and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (doc. 6) is dismissed as untimely.

3. A certificate of appealability is denied.

DONE AND ORDERED this 27th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge